IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY T. GREENE,

    Plaintiff,

v.

DONALD J. TRUMP, ET AL.,

    Defendants.

OPINION and ORDER

Case No. 18-cv-915-wmc

*Pro se* plaintiff Jeremy Greene has filed a proposed civil complaint against defendants Donald J. Trump, Scott Walker, Jon. E. Litscher, Cathy Jess, Randall Hepp and Gary Boughton. On June 26, 2019, the court issued an order explaining that Greene's complaint was subject to dismissal for failure to state a claim, but allowing plaintiff until July 17, 2019, to file an amended complaint that corrected the deficiencies the court identified in his complaint. (Dkt. #17.) The court warned Greene that his failure to submit an amended complaint would cause the court to dismiss this case without further notice. That deadline has passed, but Greene has not filed a proposed amended complaint or communicated with the court in any manner suggesting that he intends to do so. Accordingly, the court is now dismissing this case for failure to state a claim. While typically a complaint filed by a prisoner that fails to state a claim would require the court to issue the plaintiff a strike for purposes of 28 U.S.C. § 1915(g), there is some question whether Greene's silence might indicate an acknowledgement that his original complaint is insufficient, and that if given the opportunity, he would dismiss it voluntarily. Since it is unclear, the court will not issue a strike in these circumstances.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for failure to state a claim upon which relief can be granted.

2. The clerk of court is directed to close this case.

Entered this 26th day of July, 2019.

        BY THE COURT:

        /s/

        _____
        WILLIAM M. CONLEY
        District Judge