IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY T. GREENE,

    Plaintiff,

v.

    Case No. 18-cv-915-wmc

DONALD J. TRUMP, SCOTT WALKER,
JON E. LITSCHER, CAHTY JESS,
RANDALL HEPP, AND
GARY BOUGHTON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |